IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-550-D

TRACIE TALLEY, f/k/a TRACIE )
JONES, et al., )
)
                    Plaintiffs, )
)
v. )          **ORDER**
)
LINCOLN PROPERTY COMPANY, )
et al., )
)
                    Defendants. )

On October 12, 2018, Tracie Talley, f/k/a Tracie Jones ("Talley"), Demorris Walters ("Walters"), Shante Pruitt ("Pruitt"), Megan Luckey ("Luckey"), and Latoya Glover ("Glover"; collectively, "plaintiffs"), filed a first amended complaint in Wake County Superior Court against Lincoln Property Company ("Lincoln"), Lincoln Property Company Manager, Inc. ("LPCM"), Greystone WW Company, LLC, d/b/a Greystone at Widewaters ("Greystone"), Sterling Forest Associates, LLC, d/b/a Vert @ Six Forks ("Vert"), and Inman Park Investment Group, Inc., d/b/a Inman Park Apartments ("Inman Park"; collectively, "defendants") [D.E. 1-3]. On November 14, 2018, defendants removed the action to this court [D.E. 1].

On December 18, 2018, all defendants but Greystone and LPCM moved to dismiss plaintiffs' first amended complaint on various grounds or for a more definite statement [D.E. 29, 31, 33, 35] and filed memoranda in support [D.E. 30, 32, 34, 36]. On January 9, 2019, LPCM moved to dismiss [D.E. 40] and filed a memorandum in support [D.E. 41]. On February 7, 2019, plaintiffs filed a second amended complaint [D.E. 42].

In light of plaintiffs' second amended complaint, defendants' motions to dismiss are moot. Thus, the court DENIES as moot defendants' motions to dismiss or for a more definite statement [D.E. 29, 31, 33, 35, 40]. The other motions remain pending, and clerk shall continue management of the case.

SO ORDERED. This 28 day of August 2019.

JAMES C. DEVER III
United States District Judge