IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:18-cv-550

| | |
|---|---|
| TRACIE TALLEY f/k/a TRACIE JONES, DEMORRIS WALTERS, SHANTE PRUITT, MEGAN LUCKEY, and LATOYA GLOVER, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY, LINCOLN PROPERTY COMPANY MANAGER, INC., GREYSTONE WW COMPANY, LLC d/b/a GREYSTONE AT WIDEWATERS, STERLING FOREST ASSOCIATES, LLC d/b/a VERT @ SIX FORKS, INMAN PARK INVESTMENT GROUP, INC. d/b/a INMAN PARK APARTMENTS<br><br>Defendants. | ORDER |

THIS MATTER came before the Court upon the parties' Joint Motion for Indicative Ruling Based on Tentative Settlement Occurring During Pendency of Appeal, in which the parties ask this Court to indicate its willingness to rule on a forecast motion for approval of a proposed class action settlement if this matter were to be remanded by the Court of Appeals.

Having carefully considered the Parties' Motion the Court finds, that the forecast motion to approve class action settlement and for related relief from judgment raises a substantial issue that this Court will consider if this matter is remanded by the Court of Appeals.

IT IS THEREFORE ORDERED THAT this Court indicates its willingness to entertain the forecast motion for approval of proposed class action settlement and that Plaintiffs are directed to provide a copy of this Order to the Clerk of the Court of Appeals.

This the 25 day of May, 2021.

*Dever*
The Hon. James C. Dever, III
United States District Judge