# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| TRACIE TALLEY f/k/a TRACIE JONES, DEMORRIS WALTERS, SHANTE PRUITT, MEGAN LUCKEY, and LATOYA GLOVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY, LINCOLN PROPERTY COMPANY MANAGER, INC., GREYSTONE WW COMPANY, LLC d/b/a GREYSTONE AT WIDEWATERS, STERLING FOREST ASSOCIATES, LLC d/b/a VERT @ SIX FORKS, INMAN PARK INVESTMENT GROUP, INC. d/b/a INMAN PARK APARTMENTS,<br><br>DEFENDANTS. | Case No. 5:18-cv-550-D<br><br><br><br>**ORDER** |

Upon consideration of Plaintiffs' Consent Motion to Send Supplemental Notice to Settlement Classes and to Set New Deadlines, and that good cause has been shown;

IT IS THEREFORE ORDERED that the Motion is ALLOWED; it is further ORDERED that Plaintiffs shall be authorized to send supplemental notice to Settlement Class members in accordance with their Motion. It is further ORDERED that the schedule for the final fairness hearing is amended as set forth below:

1. Deadline to send amended notices: 1/18/22 [within 14 days of the entry of an order amending the schedule].
2. Deadline to file claims: 3/3/22 [within 60 days of the entry of an order amending the schedule].

3. Deadline to object or request to be excluded from the Settlement: 3/3/22 [within 60 days of the entry of an order amending the schedule].

4. Deadline to file a notice of intent to appear at the final fairness hearing: 3/3/22 [within 60 days of the entry of an order amending the schedule].

5. Deadline for Plaintiffs to file final approval papers: 3/7/22 [within 67 days of the entry of an order amending the schedule].

6. Fairness hearing: 3/29/22 @ 11:00 a.m. [within 90 days of the entry of an order amending the schedule].

SO ORDERED. This the 3 day of January, 2022.

                                               JAMES C. DEVER III
                                               United States District Judge