THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TRACIE TALLEY f/k/a TRACIE JONES, DEMORRIS WALTERS, SHANTE PRUITT, MEGAN LUCKEY, and LATOYA GLOVER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | Case No. 5:18-cv-550-D |
| Plaintiffs, | ) ) | **MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| v. | ) ) | |
| LINCOLN PROPERTY COMPANY, LINCOLN PROPERTY COMPANY MANAGER, INC., GREYSTONE WW COMPANY, LLC d/b/a GREYSTONE AT WIDEWATERS, STERLING FOREST ASSOCIATES, LLC d/b/a VERT @ SIX FORKS, INMAN PARK INVESTMENT GROUP, INC. d/b/a INMAN PARK APARTMENTS, | ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

Plaintiffs Tracie Talley f/k/a Tracie Jones, Demorris Walters, Shante Pruitt, Megan Luckey and Latoya Glover ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move the Court for an order granting final approval to the settlement in this class action and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted March 7, 2022.

/s/ *Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
pwallace@milberg.com

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
MAGINNIS HOWARD
7706 Six Forks Rd Suite 101
Raleigh, North Carolina 27615
Telephone: (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com

*Attorneys for Plaintiffs and Settlement Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2022 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
