# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Civil Action No.: 5:18-cv-550-D

| | |
|---|---|
| TRACIE TALLEY f/k/a TRACIE JONES, DEMORRIS WALTERS, SHANTE PRUITT, MEGAN LUCKEY, and LATOYA GLOVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY, LINCOLN PROPERTY COMPANY MANAGER, INC., GREYSTONE WW COMPANY, LLC d/b/a GREYSTONE AT WIDEWATERS, STERLING FOREST ASSOCIATES, LLC d/b/a VERT @ SIX FORKS, INMAN PARK INVESTMENT GROUP, INC. d/b/a INMAN PARK APARTMENTS,<br><br>Defendants. | **ORDER GRANTING MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS FOR THE CLASS REPRESENTATIVES** |

Upon consideration of Plaintiffs' Motion for Petition for an Award of Attorneys' Fees and Reimbursement of Expenses and Request for Incentive Awards it appears that good cause has been shown for the motion.

IT IS THEREFORE ORDERED that this Motion is ALLOWED; it is further ORDERED that Plaintiff's Motion for Petition for an Award of Attorneys' Fees and Reimbursement of Expenses and Request for Incentive Awards be GRANTED. The Parties are directed to comply with the agreements set forth in their Settlement Agreement.

SO ORDERED. This **29** day of March, 2022.

                                                                  JAMES C. DEVER III
                                                                  United States District Judge